**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **GERALD HUNDSON, #224330,** | : |
| Plaintiff, | : |
| vs. | : **CIVIL ACTION 09-0721-CG-N** |
| **FAMOUS ABSTON, et al.,** | : |
| Defendants. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 28th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE